IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION


ANTHONY YOUNG,                          *

      Petitioner,                *

vs.                                     *       CASE NO. 4:06-CV-16
                                                WRIT OF MANDAMUS
FEDERAL BUREAU OF INVESTIGATION  *

      Respondent.                *

_____         *


ORDER ON RECOMMENDATION OF DISMISSAL
OF UNITED STATES MAGISTRATE JUDGE


After a *de novo* review of the record in this case, the Recommendation of Dismissal filed by the United States Magistrate Judge on February 1, 2006, is hereby approved, adopted, and made the Order of the Court.

The objections of the Petitioner have also been thoroughly considered and are found to be without merit.

IT IS SO ORDERED, this 27th day of February, 2006.


S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE